STATES. January 30, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. R. Ross Perry* and *Mr. R. Ross Perry, Jr.,* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

---

No. 490. GEORGE E. LORENZ ET AL., PETITIONERS, *v.* THE UNITED STATES. January 30, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Conrad H. Syme, Mr. Samuel Maddox* and *Mr. Charles A. Douglass* for petitioners. *The Attorney General, Mr. Solicitor General Hoyt* and *Mr. Assistant Attorney General Purdy* for respondent.

---

No. 506. MINERAL DEVELOPMENT COMPANY, PETITIONER, *v.* WINFIELD SCOTT ET AL. January 30, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. S. B. Dishman* for petitioner. No appearance for respondents.

---

No. 508. RUSSIA CEMENT COMPANY, PETITIONER. *v.* ABRAHAM B. FRAUENHAR ET AL. January 30, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John F. Dillon* and *Mr. John Dane, Jr.,* for petitioner. *Mr. Ralph Nathan* for respondents.

---

No. 511. ALBERT R. MOULTON, PETITIONER, *v.* GEORGE M. COBURN ET AL. January 30, 1905. Petition for a writ of